# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MILES JOSEPH HURSEY

NO. 2021 KW 1373

**DECEMBER 30, 2021**

---

In Re:     Miles Joseph Hursey, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 535917 & 538054.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a complete copy of the November 6, 2013 plea and sentencing transcript. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before February 25, 2022. Any future filing on this issue should include the entire contents of this application, the missing item noted above, and a copy of this ruling.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT